IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROWDY ASBELL,

Plaintiff,

v.

RDF INC.,

Defendant.

Case No. 24-cv-1743 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 12/17/2024          **MONICA A. STUMP, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**